FILED
CLERK, U.S. DISTRICT COURT
NOV - 8 2016
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY /DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Marisol Rias-Sedano <br> Defendant. | Case No.: EDCR14-134-JGB <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (X)  information in the Pretrial Services Report and Recommendation

    (X)  information in the violation petition and report(s)

    ( )  the defendant's nonobjection to detention at this time

    ( )  other: _____

1

        and/ or

B. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X)   information in the Pretrial Services Report and Recommendation

    (X)   information in the violation petition and report(s)

    ( )   the defendant's nonobjection to detention at this time

    ( )   other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: November 8, 2016

                                                  SHERI PYM
                                          United States Magistrate Judge